IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Long Holdings, Inc.; Bay Shore Enterprises, LLC; Burgess 7, LLC; Charles Ruma; CK Investments, LLC; D and D Air Partners; Enseo, Inc.; Michael Bloch; Richard J. Lehmann; Morrison Creek, LLC; Sunchaser Capital; and Texas Crude Energy, LLC, the Personal Representative of James Lee, | ) ) ) ) ) ) ) ) ) | C/A No.: 2:14-cv-1930-DCN <br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Global Aerospace, Inc.; Steven F. Santo; and Stephen Wagman, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Long Holdings, Inc.; Bay Shore Enterprises, LLC; Burgess 7, LLC; Charles Ruma; CK Investments, LLC; D and D Air Partners; Enseo, Inc.; Michael Bloch; Richard J. Lehmann; Morrison Creek, LLC; Sunchaser Capital; and Texas Crude Energy, LLC, the Personal Representative of James Lee and Defendants Global Aerospace, Inc.; Steven F. Santo; and Stephen Wagman, through their counsel, hereby stipulate to and give notice of the dismissal of this action with prejudice. Each party shall bear their own attorneys' fees and costs.

| | |
|---|---|
| /s/ Thomas P. Gressette<br>Thomas P. Gressette, Jr.<br>G. Trenholm Walker<br>John P. Linton, Jr.<br>Walker Gressette Freeman & Linton, LLC<br>PO Box 22167<br>Charleston, SC  29413<br><br>Attorneys for Plaintiffs | /s/ Robert H. Jordan<br>Robert H. Jordan<br>Parker Poe Adams & Bernstein LLP<br>200 Meeting Street, Suite 301<br>Charleston, SC 29401<br><br>Attorneys for Global Aerospace, Inc. |
| /s/ Robert E. Sumner IV<br>Robert E. Sumner IV<br>Moore & Van Allen, PLLC<br>P.O. Box 22828<br>Charleston, SC  29413-2828<br><br>Donald R. Kirk<br>Carlton Fields Jorden Burt<br>Corporate Center Three at International Plaza<br>4221 W. Boy Scout Boulevard<br>Tampa, FL 33607-5780<br><br>Attorneys for Stephen Wagman | /s/ James M. Griffin<br>James M. Griffin<br>Griffin & Davis<br>Marlboro Building<br>1116 Blanding Street<br>P.O. Box 999<br>Columbia, SC 29202<br><br>Attorneys for Steven F. Santo |

January 11, 2017